**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 1:06cr00039-001** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE: JAMES S. GWIN** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **MARTIN GOINS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter was heard on March 29, 2011, upon the request of the United States Pretrial and Probation Office for a finding that defendant violated the conditions of his supervised release. The original violation petition was referred to United States Magistrate Judge George Limbert who issued a Report and Recommendation [Doc. 33] on March 18, 2011, recommending that the Court find that defendant had violated the conditions of supervised release. No objections were filed to the Report and Recommendation. The defendant was present and represented by Attorney Timothy Ivey and, as earlier admitted in the proceedings before Magistrate Judge Limbert, again admitted to the violations in the original report dated February 18, 2011. The Court found that the following terms of supervision had been violated:

      1) new law violation on January 9, 2011;

      2) failure to report contact with law enforcement;

      3) failure to participate in drug counseling and testing and failure to report to probation office as directed;

    4) failure to submit monthly supervision reports/employment

    verification;

    5) failure to pay restitution.

The Court orders that defendant's supervised release shall be continued with the additional condition that he be enrolled in and successfully complete a 4 month period of community control sanction at Oriana House.  Defendant shall have work release privileges while at Oriana House.  Defendant will also be required to successfully complete any drug and/or alcohol treatment program, including testing, as recommended by either the Pretrial and Probation Department or Oriana House.

Defendant is released from custody to place his personal affairs in order but shall report to the Office of the U.S. Marshal (Cleveland) by 10:00 a.m., on March 31, 2011, at which time he shall also undergo a drug/alcohol screen.  Defendant shall remain in the custody of the U.S. Marshal pending placement at Oriana House.

  **IT IS SO ORDERED.**


Dated: March 29, 2011          *s/ James S. Gwin*
                    JAMES S. GWIN
                    UNITED STATES DISTRICT JUDGE