## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 1:06cr00039-001** |
| | ) | |
| Plaintiff, | ) | **JUDGE: JAMES S. GWIN** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **MARTIN GOINS,** | ) | |
| | ) | |
| Defendant. | ) | |

     This matter was heard on June 30, 2011, upon the request of the United States Pretrial and Probation Office for a finding that defendant violated the conditions of his supervised release. The defendant was present and represented by Attorney Timothy Ivey.

     The matter of defendant's violation of conditions of supervised release was referred to United States Magistrate Judge George J. Limbert on June 8, 2011, to conduct appropriate proceedings and to issue a Report and Recommendation. The final hearing on revocation was conducted by the Magistrate Judge on June 13, 2011, the Report and Recommendation was issued on June 15, 2011, and defendant's objection was filed on June 28, 2011. This Court, after hearing from counsel for the parties and the supervising officer, found that the following terms of supervision had been violated:

        1) failure to complete Oriana House;

        2) failure to comply with drug/alcohol testing;

        3) failure to pay restitution.

The Court considered the nature and circumstances of the violations as well as the factors set out in Section 3553 prior to committing defendant to the Bureau of Prisons for a period of 6 months.  Defendant was granted credit for time served in federal custody on the instant violations as well as the time he was held in federal custody awaiting his May 10, 2011, placement at Oriana House.  The Court further noted defendant was not granted credit for time served for the period he was in Oriana House.  Upon defendant's release from incarceration on violations 1 - 3 noted above, his period of supervised release shall terminate.

The defendant is remanded to the custody of the U.S. Marshal, Cleveland, Ohio.


Dated: June 30, 2011                                              s/    *James S. Gwin*
                                                                              JAMES S. GWIN
                                                                              UNITED STATES DISTRICT JUDGE